

**NAILAH K. BYRD**
**CUYAHOGA COUNTY CLERK OF COURTS**
1200 Ontario Street
Cleveland, Ohio 44113

## Court of Common Pleas

**New Case Electronically Filed: COMPLAINT**
**June 9, 2026 12:22**

By: ALAN J. SPIVAK 0088462

Confirmation Nbr. 3878782

CHARLES NAVAGH, ET AL                         CV 26 140324

     vs.

ALEXANDER MOONEY                              **Judge:** KIRA KRIVOSH

**Pages Filed:** 4

**EXHIBIT A**

**COURT OF COMMON PLEAS**
**CUYAHOGA COUNTY, OHIO**
**CIVIL DIVISION**

| | | |
|---|---|---|
| **CHARLES NAVAGH** | : | **CASE NO.** |
| **2 WEST EDGEWATER DRIVE** | : | |
| **FULTON, NY 13069** | : | |
| | : | **JUDGE** |
| **and** | : | |
| | : | **COMPLAINT** |
| **JOSEPH MCGRATH** | : | |
| **331 HAMPTON PLACE** | : | |
| **BLUFFTON, SC 29909** | : | |
| | : | |
| **Plaintiffs** | : | |
| | : | |
| **-VS-** | : | |
| | : | |
| **ALEXANDER MOONEY** | : | |
| **5534 ORCHARD RIDGE AVENUE** | : | |
| **OAKLAND TOWNSHIP, MI 48306** | : | |
| | : | |
| **Defendant.** | : | |

Now come the Plaintiffs, Charles Navagh and Joseph McGrath, by and through counsel, and as and for their cause of action against Defendant states as follows:

<u>**COUNT ONE**</u>
<u>**(Charles Navagh against Alexander Mooney for Negligence)**</u>

1.      Plaintiff Charles Navagh resides at 2 West Edgewater Drive, Fulton, NY 13069 and has so resided during all relevant times herein.

2.      Plaintiff Joseph McGrath resides at 331 Hampton Place, Bluffton, SC 29909, and has so resided during all relevant times herein.

3.      Defendant Alexander Mooney resides at 5534 Orchard Ridge Avenue, Oakland Township, MI 48306 and has so resided during all relevant times herein.

4. On June 14, 2024, Plaintiff Charles Navagh was a driver traveling southbound on East 9th Street.

5. On June 14, 2024, Defendant Alexander Mooney was a driver coming out of a driveway for Progressive Field players parking when he failed to properly yield to oncoming traffic when making a left-hand turn, striking the passenger's side of Plaintiff Charles Navagh's vehicle, thus causing this collision.

6. Defendant Alexander Mooney owed Plaintiff Charles Navagh and the general public a duty to operate his vehicle in a reasonable fashion, a duty to be aware of his surroundings, and a duty to maintain control of his vehicle and not cause an automobile collision.

7. Defendant Alexander Mooney negligently breached these duties that he owed to Plaintiff Charles Navagh in the following ways: (a) Defendant failed to maintain to have his vehicle be operated in a reasonably prudent fashion; (b) Defendant failed to pay attention to his surroundings; (c) Defendant's vehicle was operated in a gross and negligent manner; (d) Defendant failed to properly yield to oncoming traffic when making a left-hand turn.

8. As a direct and proximate cause of Defendant Alexander Mooney's negligence, Plaintiff Charles Navagh has sustained severe and permanent injuries and has incurred medical expenses in the amount of $6,294.92 and shall continue to incur medical expenses in the future with reasonable medical certainty; Plaintiff Charles Navagh has further sustained past pain and suffering and will continue to do so into the future with reasonable medical certainty; Plaintiff Charles Navagh has also suffered a loss of earning capacity and will continue to do so into the future with reasonable certainty.

9. Plaintiff Charles Navagh is entitled to judgment against Defendant Alexander Mooney in an amount yet to be determined but in excess of $25,000.00.

## COUNT TWO
## (Joseph McGrath against Alexander Mooney for Negligence)

10.     Plaintiffs hereby incorporate paragraphs 1 through 9 as though fully rewritten herein.

11.     On June 14, 2024, Plaintiff Joseph McGrath was a passenger traveling southbound on East 9th Street.

12.     On June 14, 2024, Defendant Alexander Mooney was a driver coming out of a driveway for Progressive Field players parking when he failed to properly yield to oncoming traffic when making a left-hand turn, striking the passenger's side of Plaintiff Joseph McGrath's vehicle, thus causing this collision.

13.     Defendant Alexander Mooney owed Plaintiff Joseph McGrath and the general public a duty to operate his vehicle in a reasonable fashion, a duty to be aware of his surroundings, and a duty to maintain control of his vehicle and not cause an automobile collision.

14.     Defendant Alexander Mooney negligently breached these duties that he owed to Plaintiff Joseph McGrath in the following ways: (a) Defendant failed to maintain to have his vehicle be operated in a reasonably prudent fashion; (b) Defendant failed to pay attention to his surroundings; (c) Defendant's vehicle was operated in a gross and negligent manner; (d) Defendant failed to properly yield to oncoming traffic when making a left-hand turn.

15.     As a direct and proximate cause of Defendant Alexander Mooney's negligence, Plaintiff Joseph McGrath has sustained severe and permanent injuries and has incurred medical expenses in the amount of $19,794.18 and shall continue to incur medical expenses in the future with reasonable medical certainty; Plaintiff Joseph McGrath has further sustained past pain and suffering and will continue to do so into the future with reasonable

medical certainty; Plaintiff Joseph McGrath has also suffered a loss of earning capacity and will continue to do so into the future with reasonable certainty.

16.     Plaintiff Joseph McGrath is entitled to judgment against Defendant Alexander Mooney in an amount yet to be determined but in excess of $25,000.00.

WHEREFORE, Plaintiffs pray for judgment against Defendant Alexander Mooney in excess of $25,000.00 as and for Plaintiffs First Count; Plaintiffs pray for judgment against Defendant Alexander Mooney in excess of $25,000.00 as and for Plaintiffs Second Count; Plaintiffs further pray for all relief to which they may be entitled at law and/or equity, including pre-judgment interest.

Respectfully submitted,

*/s/ Alan J. Spivak*
Alan J. Spivak (88462)
George Z. Sakellariou (92982)
SPIVAK & SAKELLARIOU, LLC
*Trial Attorneys for Plaintiff*
2115 Luray Ave.
Cincinnati, Ohio 45206-2604
(513) 532.2201
(513) 672.9200 (fax)
Alan@gsaslaw.com
George@gsaslaw.com

Print

# CASE INFORMATION

**CV-26-140324 CHARLES NAVAGH, ET AL vs. ALEXANDER MOONEY**

## Summary

| Case Number: | CV-26-140324 |
|---|---|
| Case Title: | CHARLES NAVAGH, ET AL vs. ALEXANDER MOONEY |
| Case Designation: | TORT-M.V. ACCIDENT |
| Filing Date: | 06/09/2026 |
| Judge: | KIRA KRIVOSH |
| Magistrate | N/A |
| Mediator: | N/A |
| Room: | N/A |
| Next Action: | N/A |
| File Location: | PEND.FILE |
| Last Status: | ACTIVE |
| Last Status Date: | 06/09/2026 |
| Last Disposition: | NEWLY FILED |
| Last Disposition Date: | 06/09/2026 |
| Prayer Amount: | $25,000.00 |
| Court of Appeals Case: | N/A |
| Original Case: | N/A |
| Refiled Case: | N/A |

## Service

| Party Role | Name | Service Description | Sent Date | Response | Response Date |
|---|---|---|---|---|---|
| P(1) | CHARLES NAVAGH | N/A | | | |
| P(2) | JOSEPH MCGRATH | N/A | | | |
| D(1) | ALEXANDER MOONEY | SUMS COMPLAINT CERTIFIED MAIL | 06/11/2026 | COMPLETED | 06/22/2026 |

## Case Parties

**PLAINTIFF** (1) CHARLES NAVAGH
2 WEST EDGEWATER DRIVE
FULTON, NY 13069

**ATTORNEY** ALAN J. SPIVAK (0088462)
2115 LURAY AVENUE
CINCINNATI, OH 45206
Ph: 513-532-2201
Answer Filed: N/A

**PLAINTIFF** (2) JOSEPH MCGRATH
331 HAMPTON PLACE
BLUFFTON, SC 29909

**ATTORNEY** ALAN J. SPIVAK (0088462)
2115 LURAY AVENUE
CINCINNATI, OH 45206
Ph: 513-532-2201
Answer Filed: N/A

**DEFENDANT** (1) ALEXANDER MOONEY
5534 ORCHARD RIDGE AVENUE
OAKLAND TOWNSHIP, MI 48306

## Docket Information

| Filing Date | Docket Party | Docket Type | Docket Description | View Image |
|---|---|---|---|---|
| 06/24/2026 | N/A | SR | USPS RECEIPT NO. 60919033 DELIVERED BY USPS 06/22/2026 MOONEY/ALEXANDER/ PROCESSED BY COC 06/24/2026. | |
| 06/12/2026 | D1 | SR | SUMS COMPLAINT(60919033) SENT BY CERTIFIED MAIL. TO: ALEXANDER MOONEY 5534 ORCHARD RIDGE AVENUE OAKLAND TOWNSHIP, MI 48306 | 📄 |
| 06/11/2026 | N/A | SR | SUMMONS E-FILE COPY COST | |
| 06/11/2026 | D1 | CS | WRIT FEE | |
| 06/09/2026 | N/A | SF | JUDGE KIRA KRIVOSH ASSIGNED (RANDOM) | |
| 06/09/2026 | P1 | SF | LEGAL RESEARCH | |
| 06/09/2026 | P1 | SF | LEGAL NEWS | |
| 06/09/2026 | P1 | SF | LEGAL AID | |
| 06/09/2026 | P1 | SF | COURT SPECIAL PROJECTS FUND | |
| 06/09/2026 | P1 | SF | COMPUTER FEE | |
| 06/09/2026 | P1 | SF | CLERK'S FEE | |
| 06/09/2026 | P1 | SF | DEPOSIT AMOUNT PAID ALAN J. SPIVAK | |
| 06/09/2026 | N/A | SF | CASE FILED: COMPLAINT | 📄 |

## Costs

| Account | Amount |
|---|---|
| CLERK'S FEES | $37.41 |

| | |
|---|---|
| COMPUTER FEES | $20.00 |
| COURT SPECIAL PROJECTS FUND | $50.00 |
| LEGAL AID | $25.74 |
| LEGAL NEWS | $10.00 |
| LEGAL RESEARCH - CIVIL | $3.00 |
| TOTAL COST | $146.15 |

Only the official court records available from the Cuyahoga County Clerk of Courts, available in person, should be relied upon as accurate and current.
Website Questions or Comments.
Copyright © 2026 PROWARE. All Rights Reserved. 1.1.310